Alan A. Dressler, Esq. (SBN 56916)
400 Montgomery St., Ste 200
San Francisco, CA 94104
Tel.    (415) 421-7980
Fax    (415) 421-7021
E-mail: alandressler@aol.com

Attorney for Defendant
Amy Schloemann

**FILED**

DEC 1 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KARIM AKIL et al.,<br><br>    Defendants. | CR No. 09-01062 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE OF DEFENDANT |

For good cause shown and based upon the agreement of the parties and Pretrial Services it is hereby ordered that the conditions of release of defendant AMY SCHLOEMANN are modified as follows:

Defendant AMY SCHLOEMANN may leave the Northern District of California for the purposes of traveling within the continental United States for the purpose of : (1) conducting her current occupation of event planner and (2) visiting her parents Glenda and David Lockner at their residence. Defendant SCHLOEMANN must obtain the permission of her Federal Pretrial Services supervisor at least 48 hours in advance of any travel outside of the Northern District. Defendant SCHLOEMANN must contact her pretrial services supervisor within 12 hours of her return to the Northern District.

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE OF DEFENDANT
AMY SCHLOEMANN CR 09-01062 PJH    1

cc: Stats, Copy to parties via ECF, Pret. Svcs,
Nichole, Financial (Odile)

3. All other conditions of release shall remain the same.

SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: December 10, 2009              /s/
                                        Stephen Corrigan
                                        Assistant United States Attorney

DATED: December 10, 2009              /s/
                                        Alan A. Dressler
                                        Attorney for Amy Schloemann

**IT IS SO ORDERED.**

DATED 12/11/09

                                        United States Magistrate Judge