1  ALAN A. DRESSLER, ESQ. (SBN #56916)
   400 Montgomery St., Suite 200
2  San Francisco, California 94104
   Tel.:    (415) 421-7980
3  Fax:     (415) 421-7021
   E-mail :  alandressler@aol.com
4

5  Attorney for Defendant Amy Schloemann

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
10

11  UNITED STATES OF AMERICA,          )     CR 09-01062 PJH
                                       )
12          Plaintiff,                 )
                                       )     **DEFENDANT AMY SCHLOEMANN'S**
13      v.                             )     **SENTENCING MEMORANDUM**
                                       )
14  AMY SCHLOEMANN et al.              )
                                       )
15          Defendants.                )
                                       )
16  ─────────────────────────────────

17  **I.  INTRODUCTION**

18      Ms. Schloemann has no objections to the factual statements and Guideline calculations set

19  forth in the PSR. Ms. Schloemann asks the Court to impose the 41 month sentence contemplated

20  in the Rule 11(c)(1)(C) plea agreement submitted to the Court.

21      Ms. Schloemann is also requesting that the court recommend placement in the Bureau of

22  Prisons' 500 hour Residential Drug Abuse Program (RDAP), that she be designated to the FCI

23  Dublin Satellite Camp and that she be allowed to self-surrender.

24  **II. FACTUAL RECITATIONS AND GUIDELINE CALCULATIONS**

25      Ms. Schloemann agrees with the conclusion of the U.S. Probation Office that the adjusted

26  offense level for Count One is a Level 22, that she has a criminal History Category of I and that

27  the resulting guideline range is 41-51 months. As evidenced by the plea agreement, her statement

28

1   to the probation officer who prepared the PSR and Ms. Schloemann's letter to the Court[1] she has

2   clearly accepted responsibility for the offense to which she has pleaded guilty and admitted the

3   underlying conduct which led to her indictment.

4       Ms. Schloemann is requesting that the court impose the 41 month sentence contemplated by

5   the plea agreement. This sentence is within the applicable guideline range and is a reasonable and

6   appropriate sentence under 18 U.S. C. 3553 (a).

7

8   ### III.   A SENTENCE OF 41 MONTHS IS APPROPRIATE UNDER THE THE GUIDELINES AND 18 U.S.C. 3553(a)

9       The PSR adequately sets forth Ms. Schloemann's upbringing and education in Idaho. After

10  graduating from college in 2000 Ms. Schloemann moved to California.  Upon her arrival she

11  immediately began working as a sales assistant at shopping mall in the east bay. She met her

12  future husband and co-defendant while working at that mall. Shortly thereafter she applied , was

13  accepted and ultimately graduated from Golden Gate Law School. While she was in law school

14  her husband suggested she apply for a real estate broker's license so they could open a mortgage

15  lending company. He had been working in the sub-prime mortgage business for a number of years

16  and wanted to open his own business. He told her he could not obtain a real estate license himself

17  because of a prior drug conviction. He also told her that if she got the license he would set up the

18  business and operate it under her license. Unfortunately, she naively agreed to this plan and the

19  end result was her involvement in the conspiracy to which she has pleaded guilty.

20      Ms. Schloemann's statement to the probation officer and her letter to the Court clearly

21  establish that she has accepted responsibility. Ms. Schloemann is now 36 years old.  She was

22  arrested in 2007 by Alameda County authorities and charged with real estate fraud based on four

23  properties which are relevant conduct within the conspiracy to which she has pleaded guilty. As a

24  result of that arrest she spent 33 days at Santa Rita Jail where she was repeatedly harassed by

25  other inmates and on one occasion was physically assaulted. She was then released from custody

26  on bail under the condition that she remain under house arrest. After one year of being the only

27  _____

28      [1] Exhibit A.

Defendant Schloemann's
Sentencing Memorandum
CR No. 09-01062 PJH                2

1  defendant on home detention her case was dismissed.

2      Shortly after her state case was dismissed she became aware of the instant federal
3  investigation and retained an attorney to represent her. On October 31, 2009 she was indicted in
4  the instant case. A few days later federal agents entered her home through the window of her
5  bedroom and arrested her. It is counsel's understanding that with the exception of her husband,
6  Karim Akil, who was serving a state sentence at that time, all of the other defendants in this case
7  were allowed to self-surrender. After Ms. Schloemann's arrest in this case she was eventually
8  granted pretrial release. Since that time she has complied with all conditions of that release. The
9  net result of the foregoing is that Ms. Schloemann, who was 30 years old at the time of her arrest
10  in 2007, has been successfully living under some form of pretrial detention or supervision for
11  practically all of the last six years.

12      As set forth in Ms. Schloemann's letter to the Court, she is acutely aware that as a result of
13  this conviction it is more than likely that she will never be able to practice law. Notwithstanding
14  this fact she is determined to use her time in custody to resolve her substance abuse issues and
15  improve her employment possibilities by fully utilizing all available resources available at her
16  place of incarceration.

17      Finally, attached hereto[2] are numerous letters of support from Ms. Schloemann's family,
18  friends and current employer. These letters corroborate Ms. Schloemann's law abiding nature
19  prior to her involvement in this case, her acceptance of responsibility and her desire to return to
20  society as a law abiding and productive citizen.

21  **IV. CONCLUSION**

22      Based on the foregoing. Ms. Schloemann respectfully requests that the court impose the 41
23  month sentence contemplated by the plea agreement and agreed to by all parties. Additionally, she
24  requests that the court recommend placement in the Bureau of Prisons' 500 hour Residential
25  Drug Abuse Program (RDAP). that she be designated to the FCI Dublin Satellite Camp and be
26  allowed to self-surrender to the facility designated by the Bureau of Prisons.

27  _____

28      [2] Exhibit B.

Defendant Schloemann's
Sentencing Memorandum
CR No. 09-01062 PJH         3

1

2   Dated: May 28, 2013                              Respectfully submitted,

3                                                        /s/ Alan A. Dressler
                                                      Alan A. Dressler
4                                                     Attorney for Defendant
                                                      Amy Schloemann
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Judge Phyliss J.  Hamilton
United States District Court Judge


Re: U.S. v. Amy Schloemann

    Dear Judge Hamilton:

    I don't quite know how to begin a letter to you. I guess the best way to start is by saying I am deeply ashamed to find myself in this situation but I realize that I have only myself to blame.

    I have read all of my character reference letters written by my friends, family and business associates. I feel they all gave you a pretty good idea about my background and the type of person I was and hope to be again.

    By now you are aware that I graduated from law school and was studying for the bar. I know that as a judge you can understand the amount of hard work and devotion I put into my education. My dream was to practice law, not to work in real estate. I know I will never be an attorney now but I hope when this is all over I will somehow be able to utilize the knowledge I learned in law school to do something productive.

    I want to convey to you how terribly remorseful I am for my conduct in this case. I know words may seem to not be enough to show how sorry I am so all I can do is to tell you with all sincerity that my heart and soul have been in turmoil over this whole ordeal for 6 years now. Not one day has gone by where I have not been remorseful or wished with all my heart that I could undo everything.

    Your Honor, I respect you and I am so ashamed that I have even had to appear before you in the first place. I am terribly sorry for all of this. I apologize to you, to the court and to all those who were harmed by my actions and the actions of others under the name of Hiddenbrooke Mortgage. I cannot apologize enough and I will be sorry for this for the rest of my life. With that said, I believe that I am a good person and before my actions in this case I had made a life-time of good judgements. I can promise you that I will never appear before your court again. I also promise you that I will do everything in my power to return to being the person I was before to my involvement with Hiddenbrooke.


Respectfully,

Amy Schloemann

# EXHIBIT B

Your Honor,                                                    January 14, 2013

I have known Amy Schloemann for 3 years as her direct supervisor for Seven Group. Amy started out working marketing events for the company but was quickly promoted to a management position due to her abundant skill set and professionalism on the job. The division that Amy works in solely raises funds for breast cancer. She has been an invaluable asset in helping the company reach all of our donation goals. She has held her current position as a Promotional Hiring Manager since July 2010.

Amy has always gone about her responsibilities with great integrity and enthusiasm. She treats the business as if it is her own and makes crucial personnel decisions in the best interest of the company, a testament to her strong character. Amy has many qualities that contribute to her exceptional performance but I believe it is her work ethic that has set her apart from any of her co-workers. Always willing to go the extra mile and put in the extra time week after week.

As a Manager, Amy has done an outstanding job with the development of her staff. She holds her team members to a high degree of accountability but is also compassionate and understanding. Through evaluations, Amy has often been described as both a leader and a friend. I could not agree more.

I know Amy to be a kind, honest, loyal person as well as an employee. Considering all the stress Amy has been under the past several years I am always impressed by her ability to do her job exceptionally well and maintain her professionalism at all times despite her personal tragedies. I trust her completely in all aspects of handling my affairs and my business and have never once even had the slightest worry about her. Amy is critical to our organization and promotion and will always have job security as long as she wishes to work with us.

I personally have worked closely with Amy each day over the last three years and I can offer my personal assurance that she is not a danger or threat to society. I know the legal issues she has been dealing with have devastated her and I know she is very anxious to do anything to put this behind her and move on with her life.

As her employer I am more than willing to do whatever is necessary to accommodate her in continuing her employment. Amy is a benefit to this company, to our cause of raising funds for breast cancer and to society in general. I believe she would be better served with probation or home confinement if anything is even necessary at all. I am happy to have her work from home or to accommodate her restrictions in any way I can in order to allow her to continue her employment with the company.

Respectfully,
Adam Shryock
Owner- Seven Group

Glenda Lockner
2141 Locust Way
Fruitland, ID 83619
h) 208-452-5892
c) 208-989-1084

Phyllis J. Hamilton, District Judge

RE: United States v. Schloemann

Your Honor:

I am writing this letter in support of my daughter, Amy Nicole Schloemann. I have two children, Amy is 36 years old and Brian is 32 years old. I was a stay at home mom until my children reached school age. At that time I returned to work and I continue to work to this day. I was fortunate enough to be able to volunteer at their schools from K –12. We have a very close relationship. Amy is the best big sister a brother could ask for – she was always present for him. My daughter is also my very best friend.

I am extremely proud to say that Amy excelled in all grades of school. Her desire since 5th grade was to become an attorney, a judge and then be appointed to the Supreme Court. This is no small dream for a child; she repeated her desires almost daily to the point that every family member just knew that someday she would accomplish her goal. This dream also included moving to California to go to law school as she knew Berkeley would be the best place to go to school.

Amy graduated valedictorian from junior high and salutatorian from high school in 1995. Amy was very active in sports and the drill/dance team and other activities, all the while working part-time to save for college. She studied constantly. She went on to the University of Idaho graduating Cum Laude in 3.5 years with a B.S. in Political Science; a minor in Sociology and on the Dean's list for 7 semesters, all the while working part-time. She was on the right path for her target of becoming an attorney. All through school she was a good child, never getting into trouble. As a mother I can honestly say she was a perfect daughter, really. I never had to set curfews; she demonstrated good common sense with all decisions.

While attending college she interviewed with a local manager and was accepted for a job in California at the Bath & Body Works in Walnut Creek, enabling her to be another step closer to her dream. She moved to California in May of 1999 not once letting her dream escape her. Moving from Idaho to California was a culture change along with a huge financial strain for her. Her dream of going to law school was delayed as she had to work more and more. During this time she met Scott Kenney. Both my husband, David Lockner, Amy's step-father, didn't really approve. We never could quite put our feelings at ease about him, but we always supported her as we did when she married Scott.

In May 2001 Amy was accepted to Golden Gate University, School of Law and graduated in May 2004 with her Juris Doctorate degree and a specialization in Intellectual Property. We were so very proud of her for fulfilling her dream.

Unfortunately, Amy's decision to marry Scott Kinney aka Karim Akil is the only wrong thing Amy has done. Unbeknownst to her, she fell in love with a sociopathic liar and a criminal. Her relationship and marriage was always strained due to Scott's manipulating and controlling behavior. It really began to fall apart when they were arrested for the first time in 2007 due to this case. Since the arrest we have discovered much more about Scott including his adulterous affairs. We have also discovered his past criminal record. This man – Scott Kinney -destroyed my daughter's life!

Scott has admitted responsibility for the activities he executed under Hiddenbrooke Mortgage. He has admitted the company was his idea and he was the one running it just using my daughter's name and

license. Scott was the one with the mortgage background having worked for many of these sub-prime banks doing loans. Amy had zero experience in the mortgage industry. She didn't know the first thing about loans. Scott is a very smooth talker and he had an answer for everything. My daughter believed many of the reasons and explanations Scott gave for doing things a certain way in regards to running the mortgage business. Scott was the one who had been trained by these banks and had all the experience. In Amy's mind there was no one better to run the company than her husband.

Amy is an extremely trusting person. She believed that her husband was acting truthfully on her behalf. And on top of his manipulative and controlling ways with her, she loved him dearly. Most wives do trust their husbands and my daughter was no exception. Even looking at all the co-defendants in this case, Scott is the one who was friends with or knew each one of them and brought them into the fold. Amy didn't have a relationship with any of them. She is not the one who introduced Scott to any of the co-defendants. In fact she had never even met one of them prior to the arrest.

Amy fought the state charges from 2007 to 2009, they were then dismissed in early 2009. Scott went off to jail to serve his sentence for the state case and I finally felt my daughter would start to put her life back together. I know shortly after Scott went away she got all her bar review books out and was again going to focus on taking the bar exam again. Finally she felt she could live her life. She knew her marriage was over but struggled with what to do as Scott was in jail. Amy is such a caring person she actually was concerned for Scott even after all that he had put her through. She told me many times she didn't know if she should file for divorce while he was in jail or wait until he was out. Amy was worried that it was a very cruel thing to do while someone is in jail and she worried it might really be too much for him to take. That is my daughter, she is not a vindictive person at all. She is loving, kind and very thoughtful even to those who in my eyes don't deserve it.

The whole summer of 2009 the federal case was in the works and once more Amy had a lot to deal with. She could not focus on studying with a federal agent coming to her home or calling her all the time, it again became a very devastating, stressful time. When the second arrest came down in November 2009 once again my daughter was drug out of her home in handcuffs for this mortgage mess that Scott created for my daughter. I am still shocked to learn that Amy was the only one who was pulled out of her home and arrested and the other co-defendants were issued summons to appear. When she was arrested for the second time she knew she would file for divorce, whether Scott was in jail or not, she just could not take it anymore.

Being arrested and handcuffed in her home twice for the same crimes was beyond anything my daughter has ever had to endure before and the trauma she has suffered because of it is long-term. Since her legal problems all started in 2007 I have known she has had a problem with alcohol and pain pills. The combined pressures and stress of being on house arrest well into 2008, and looking for work, marital issues, dealing with infidelity, your husband going away to jail, and another criminal investigation could lead anyone to an alcohol or drug addiction problem. I saw my daughter drinking so frequently and I knew it was to just numb her pain and to help her get some sleep. It was so hard to criticize or suggest help when I knew all the pain and stress Amy was dealing with. I know my daughter needs help and I believe she also realizes now that she does. I know Amy can beat her dependence on alcohol and if she gets the proper treatment I think she would be much better.

As her dreams of becoming a lawyer were once again put on hold she struggled to find employment. It was too hard for her to study and deal with the case: she has been and continues to be a complete mess since this all started. Although finding a job proved difficult with the negative stigma associated with this case I am very proud to say she has found employment with a company that raises money for breast cancer.

She started out selling t-shirts at sporting events; her employer quickly recognized her talent and education. She now manages and markets the merchandise and works closely with non-profit organizations who then donate money. She is very fortunate that her employer has allowed her to work

from home frequently and rearrange her schedule to accommodate court dates and so forth. Finding another position/job that would allow this flexibility would be next to impossible. Amy feels very strongly for this cause, the money raised goes directly to the women who have cancer or who are cancer survivors as opposed to research and education. She feels very passionate and works very honestly for this cause that has directly touched her life. Her grandmother and two aunts have all died from metastasized breast cancer.

Amy is not a violent person and I feel strongly she should not be incarcerated . Although it breaks my heart to think she might do any jail time at all I humbly ask you to impose the very least amount because I can assure you that once this case is over she will never get into trouble with the law again. Before this case she never got into trouble for anything in her life. Before meeting Karim/Scott she has never been accused of doing anything illegal in all of her life. I feel I can honestly say that if she had not met Scott she would not be appearing before you in this case. She is not a dangerous person. My daughter has always worked hard and demonstrated her desire to NOT be a burden on society. She has never received state aid, or even filed bankruptcy even though this case has crippled her financially. Before getting the job she currently has she would take any random job she could and apply for countless jobs on Craigslist just to have some money coming in. At no point did she take the easy way out of her debt problems and file for bankruptcy.

The only dangerous thing she has done was to enter into a relationship with a man that controlled her. She sees all that now and I know she regrets all of this more than you can imagine. If only we had hind sight my daughter would not be in this position.

Both her step-father and I have come to visit often with myself attending all her court dates with her and David as many as possible. David my husband is a self-employed mechanic as well as serving for over 35 years with the Ontario, Oregon volunteer fire department. We are both very proud of how she is managing her life, working and bearing this incredible shame and burden, I believe with all my soul that a lengthy sentence will not do anything to help her; but in all sincerity, I feel it may break her.

I am pleading that the court give my gracious, kind, loving and responsible daughter, Amy Schloemann a second chance to prove she is a benefit to society and not a criminal. If the court could grant probation or even home detention you will have one less burden in prison and a truly beneficial person contributing to society and the State of California.

I sincerely hope this letter will influence the court's decision to grant probation or home confinement.

Respectfully,

Glenda Lockner

Glenda Lockner

David G. Lockner
2141 Locust Way
Fruitland, ID 83619

December 30th 2012

Phyllis J. Hamilton, District Judge

RE: United States vs. Schloemann

Your Honor:

I am writing this letter on behalf and in support of my step-daughter Amy Schloemann. I have known Amy since birth and have been her step-father for 13 years. I remember Amy as a strong willed child showing determination in everything she did. She completed high school as salutatorian and went on to college at the University of Idaho graduating in 3 ½ years with a BS in Political Science. She then went on to law school and was on her way of fulfilling her dream; she had the basis for a good future.

Amy met Scott Kinney; I felt he soon took over her life. I also feel he kept her from her family as he suspected we didn't approve of him. There were several years of limited contact with Amy as Scott controlled everything. I feel he isolated her and I know Amy regrets that horribly. Amy has since been very close again with both her mother and me. We travel to California as much as time and money allows and she comes to Idaho to visit family as much as possible. Her mother also goes to support her with all of her court dates since this began in 2007. We will both be there for her in April 2013.

Amy is a genuine, kind, good natured woman; not a criminal. Her only downfall was to allow Scott Kinney to make decisions that impacted the mortgage business illegally. I do not feel that she would consciously or maliciously do anything to hurt another person. She has suffered terribly the last 5 years while her legal issues have been going on. The pressures of this case, a divorce, dealing with infidelity, financial stress, coming to terms that all your hard work in school will be for nothing, the list goes on and on. I know Amy has coped the best she could, I think she self-medicates a little too much but dealing with even one of these things would be too much for most people so I can understand. Her mother and I are confident that once she can put this legal mess behind her and get a little help she can find better ways to cope and regain her life again.

I truly believe Amy is remorseful for her actions, this mistake has already taken up six years of her life and she is more than willing to do anything in her power for a second chance. This is a woman who wants to get married again and have children. I know she would give anything to

not waste anymore of what is left of her very precious child bearing years. Given the opportunity for a second chance Amy will show that she is a benefit to society, furthermore Amy would take every necessary measure to ensure that she will never end up in the position she is currently in.

I hope this letter will help you understand that this young woman is not a criminal and grant her probation instead of prison time.

Sincerely,
David G. Lockner

Brian Schloemann
755 SW 19th Street Apt 5
Ontario , OR 97914

December 02, 2012

Phyllis J Hamilton
District Judge

Re: United States v. Schloemann

Your Honor,

I am writing this letter for my sister Amy Schloemann. I have known Amy my whole life. We grew up together and lived in the same household until she went off to college at age 18.

My sister is one of the most kind, generous, honest human beings that I know. I know Amy to have a very sound moral character and I have never once witnessed any negative behavior that would call into question her incredible strength in character. In fact she makes me want to be a better person. My sister has always done the right thing her whole life. She was the perfect child. She got straight A's all through school and never once was in trouble at home. I don't recall her ever even being grounded for anything. Amy was involved in tons of programs growing up as well, from cheerleading and dance team, to honors society and many more. Amy always managed to attend all her team practices, come home and clean the house and get dinner ready and do her homework. I will admit that she was very annoying to me growing up because she always made me look so bad. I was the "bad" kid if you will. I was the one getting in trouble, not getting good grades, never doing my chores. Amy was the one doing it all, she even had a part time job in high school working at a busy pizza restaurant. Both my parents worked full time and my sister was the one taking care of things until my parents got home at night.

Now that I am a parent myself I can look back and tell you what an amazing kid Amy was growing up. I always use my sister as an example to my own children with constant reminders of how Aunt Amy did things when she was younger. My sister never once got into trouble for anything while we were growing up. She was a model child all through her senior year and continued to work just as hard in college. She went on to graduate college early with a major and a minor degree all the while being active in a sorority, cheerleading, captain of the dance team and she was even in the Honor's Society in college.

I was so proud of her when we used to visit her in college on game days. It was amazing to see my sister out on the field cheering or at half time doing a dance routine. The stadiums were packed and everyone seemed to be in awe of the cheerleaders and dancers and I could proudly say that one of them was my sister. I know how many hours she spent during the week at practices and work outs and games in addition to getting A's and being in a sorority, I still have no idea how she did it all. And just like in high school my sister also held down a part time
job in college working at a clothing company in a mall. She has always been a very hard worker. Amy did things the right way and was not afraid to work hard for things. My sister is my role model and to this day I still look up to her and admire her for all that she has accomplished.

Amy went on to law school where she worked hard during that time as well and put herself through school and graduated. For most of her life she has been in school and worked very hard at it. For as long as I can remember my sister talked about being a lawyer. She used to make me play with her when we were kids. She was the lawyer and I was her client. She would dress me up and give me Monopoly money to pay her with and she would ask me questions. Or she would use her Barbies as the lawyers and put my GI Joes on trial. We didn't know anything about the law back then but she knew that lawyers asked questions so that is what she did. I can't get that image of us as kids out of my head because I know how devastated Amy is at the thought of all her education now becoming useless. This was something she

prepared her whole life for working so hard from high school. to college and finally through law school. We are all so proud of her and all that she has achieved. But since this case she has struggled to just find employment. She is so educated and has so many qualifications but this case has made people not want to hire her. She tried for over a year to find employment with no success. She finally started applying to jobs on Craigslist just to pick up some easy work. This is the type of thing I would normally do to find work, not my sister.

She presently works for a company that raises money for breast cancer. She is very passionate about the cause as it hits close to home. We have had several relatives die from breast cancer in our family so it is something our whole family has always been very sensitive to. Amy is so committed to her job and she does seem to enjoy what she is doing even if it was not her planned path in life. Again I look at her in awe for finding a job in the face of all the drama she is dealing with and getting up every single day and going to work even though she had been under a tremendous amount of stress and very depressed and upset over this case. I am in construction and personally when I lose a bid or a get laid off of a job I get really down and depressed and it takes me some time to go look for something else. Amy is faced with a ton of adversity right now and is under more stress than any one person should be forced to endure and yet she never stopped looking for work and no matter how many doors were slammed in her face because of this case she never quit.

I have always been very close to my sister she is the one I turn to whenever I have a problem and she is always there for me. I don't know if this is a bad or good thing but she is the one I go to before I even talk to my parents about anything. Anytime I need help or am in trouble (which is often) Amy is there to pick me up. She has helped me out with countless bills when I was short or struggling and she has paid my rent for me when I could not. One winter I was driving home in a blizzard on a pretty dangerous highway and I slid off into a ditch on a patch of ice and rolled my truck and totaled it. I work in construction and all my tools were in the back of my truck and lost in the snow during the crash. My tools are very expensive and they are my livelihood. I stupidly had let my insurance lapse so when my truck was wrecked I was once again in trouble. My sister was the first phone call I made. I will never forget how she basically saved me again. She didn't have the money at the time to do much but she sold some of her jewelry that I know she loved to get me the money for a new car. Within a week she had enough to help me put money down for a new truck and get new tools. I am still driving that truck today and every single time I get into it I think of my sister and am reminded of how generous and loving she is.

My sister has always been a very happy, positive person. Over the last five years since this case has been going on I have watched my sister become a shell of what she used to be. She is so sad and withdrawn all the time. This case has consumed and nearly destroyed her life. She drinks way more than she should and she has trouble sleeping most nights. I want my sister to get a better and put this stress behind her so she can be healthy again. I know that Amy wants to have a family more than anything in this world. As a parent myself I wish this for my sister so badly. It is so important for her to be healthy when she tries to start her family. I have listened to my sister worry herself sick about losing her opportunity to have a family. She is now 36 years old. This case began when she was just 30 years old. When she turned 30 she was planning to start her family. She got her education out of the way, she was married and she was finally ready to start the new chapter of being a mom. But with the arrest 5 years ago her lifelong dream of being a mom was derailed. My sister learned many ugly things about her husband during this time and she ultimately had to file for divorce from her husband. Our whole family was relieved she did this and we all know with 100% certainty that had she not met her husband she would not be in the position she is now and dealing with this case. Going through a divorce and dealing with this case and all the uncertainty that it has been for her made it very difficult to even consider trying for a family. I know she wants to be married again and have children and I know she will be an amazing mom. She is a great aunt to my boys and she adores them dearly. This case has made it really difficult to just have a life and do the things that will get her the family she dreams of.

Having been on bail the past 5 years she has been dealing with restrictions I am sure are similar to probation. In essence it is like she has been on some type of probation for the last 5 years. She follows all

the rules and obeys all laws and I know she would present no problems if she were simply placed on probation. I hope this with all my heart for my sister so she can begin to pick up the pieces of her life and move on and have the family she has always wanted. She is a good, decent person and she deserves to not have her whole life destroyed because of one

bad error in judgment. She has shown a lifetime of good judgment and good decisions. I don't know alot about the justice system but it does not seem to me that this one mistake should have cost my sister the past five years of her life or anymore time for that matter.

In my opinion I believe that Amy has been punished more than enough. I believe everything that she has went through and put herself through in the last five years has served as more punishment that you or I can possibly imagine. I sincerely hope my letter can influence the court to grant my sister some leniency and strongly urge you to consider some form of probation or home confinement.

Sincerely yours,

Brian Schloemann

November 17, 2012

Phyllis J. Hamilton, District Judge

RE: United States v. Schloemann

Your Honor,

I am writing this letter on behalf and in support of a very good friend of mine, Amy Schloemann. I have known Amy for the past 8 years. During this time we have spent a considerable amount of time together as I consider her my closest friend.

I would like to convey in this letter a brief summary of the kind of person Amy is.

I have never known Amy to be anything other than kind and considerate to other people and genuinely sensitive to all situations. For example: Amy is a consistent attendant at her church where she volunteers on many occasions. She is an amazing friend; she has never forgotten my son's Birthday and is his favorite Auntie, even if she is not related. Amy has always been there for me during difficult times. When I was looking for a job Amy introduced me to a prospective employer. When I needed help writing my bio for work to be published on the website Amy was the one who wrote it for me. Both of these things occurred while Amy was going through her own ordeal, but she put aside her problems to help me. I know I can always count on Amy no matter what the situation may be and that type of person is hard to come by in life.

This may seem simple but it demonstrates how thoughtful Amy is and in my opinion it is sometimes the simplest things that show how strong and good a person's character truly is. I visit Amy often and whenever I go to visit Amy she always remembers the small things that I like. For example, she doesn't drink coffee herself, however she always has fresh coffee waiting for me when I visit. I also always bring my laundry since I don't have a washer or dryer. Amy will quietly do my laundry and fold it for me while I am napping or busy doing something. Not only is she considerate and helpful with all the big things in life but she is also that way when it comes to the smallest of details as described above. I know Amy to be genuinely a very thoughtful, compassionate person, she would never intentionally hurt anyone. Amy is not a danger or threat to society at all. She is not a danger to anyone or anything for that matter. Quite the opposite in fact, she is a very productive member of our society and I know that she brings joy and happiness to all those that she interacts with.

In the past five years I have seen Amy suffer terribly from the stress that has resulted from this investigation and the court hearings. Amy has suffered financially due to the loss of her reputation and because of the internet postings which detailed the arrests. has had an awful time finding a job. Amy has been under such financial distress that she nearly lost her home and is still fighting for it. Amy has not been able to sleep well after the stress of being arrested at her home twice for this situation. She has been traumatized from the arrests and going through all aspects related to this case. Amy is not a person who has put this out of her mind for one second and has just been living her life. She is a person who lives and breathes this every single day. she is someone who tortures herself over what has happened and regrets it daily. The mental stress and anguish she has been under for the past five years would be unimaginable to most people.

As her friend she has personally shared with me how hard she worked in school her whole life and I know she has enormous respect for the law. Amy put herself through law school and she was extremely proud of that and she worked very hard to graduate law school and now due to this case all her hard work was essentially for nothing. This is devastating to Amy. She is so upset about this whole thing. For 5 years I have watched my friend live a nightmare. She has not been able to live a normal life she has just been existing in this ordeal.

Amy has lost her marriage, her name, her reputation, her ability to trust and feel safe. She has had to go through a divorce while dealing with this case and had to face her ex-husband in court countless times along with the woman he cheated on her with, another co-defendant in this case. I could not imagine going through all the things that Amy has had to endure in the last five years. She has not been able to heal from her relationship because she has to think about it every single day. I know from talking to her that she thinks about this case from the minute she wakes up to the time she goes to bed. In thinking about this case she is forced to think about her ex-husband and all the betrayal she has endured with him. Most people deal with one major life stressor at a time. Amy has had to deal with the stress of this case, the crumbling of a marriage, being cheated on, losing all her financial stability, losing her name, reputation and dealing with all her hard work in school going down the drain. Due to all this stress I have watched my once very well-rounded and healthy friend develop a drinking problem and a serious dependence on sleeping aides. Considering what she has been going through for the past 5 years I can't say that I blame her. I would love to see an end to this stress for her and to see her get some treatment that she needs. I know that with a little help and not dealing with this case anymore she has a very good chance of being the healthy person she once was.

I know that Amy realizes that she made a poor decision and is incredibly remorseful. She loved and trusted her husband and I know if she could do it all over again she would never have gotten her broker's license or let her husband run a business under her name. This is my friend that I have watched cry every single time I see her over this case. She is heart broken and completely devastated by the whole situation. If you sat down with Amy for five minutes you would see the person we all know her to be, a kind, honest, generous, caring human being. But you would also see a completely broken and devastated woman due to this case. You would see a woman who is sorry every single day for the chain of events that have occurred and I can tell you that she will feel this way for the rest of her life.

Because of this case Amy has been on some form of bail or release for the past five years and was even forced to do a year of house arrest the very first year all this began even though she has no criminal past or criminal record. In the past 5 years she has not had a single violation of her bail or release, not so much as an outstanding parking ticket. Amy is law abiding and follows and respects all the rules. Nobody could possibly be harder on Amy than she is on herself. I believe that she has suffered a hardship more than any of us can even fathom. I have told her that stress is like carrying a glass of water, it is not how heavy the glass is that matters, it is how long you carry it for. Amy has been carrying the weight of this stress for five years.

In my opinion I feel that Amy has suffered enough for her mistake and I sincerely hope that this letter will influence the court in granting Amy some form of probation or home detention.

Sincerely,

Kirsten Jones

January 23, 2013

Phyllis J. Hamilton, District Judge

RE: United States vs. Schloemann

Your Honor:

I have known Amy Schloemann for a little over 16 years. We went to colleges that were only 10 miles from each other and then as luck would have it we both ended up in California living in the same area for the past 10 years.

I was an athlete in college and Amy was a cheerleader and dancer so we were around each other alot for sporting events. Coming from a small college town our schools were very close and we all pretty much knew each other especially if you were in athletics. I can say from personal experience how much time is involved in college with sports. From practices, workouts, games, appearances etc it takes alot of dedication and drive to be successful in school and in sports at the same time. That is what I know of Amy, she is a very hard worker and very dedicated. As a cheerleader and dancer Amy was involved in all sports so she was busy year round. She excelled in school, was in a sorority and managed to cheer and dance for her school. Amy was the one in the library on a Friday night studying when all her peers were out partying. I know this because I was just like her we were both sort of nerds or bookworms if you will. She was very focused on school and getting good grades so she could go on to law school and with her schedule that was a big commitment.

After college I went off to play Football for the NFL and Amy went off to California to go to law school. We reconnected after I retired and moved to California. We ended up living in the same development and have been good friends ever since. We have worked out consistently together for the past 5 years and are very close. I act as Amy's "unofficial" trainer. With both of us being in sports our whole life working out is very important to both of us and it is something that has bonded us over time.

Amy is one of the kindest human beings I know. She is always putting others first and I believe and know her to be a very honest, loyal person. In all the years I have known Amy I have never once seen her be unkind to anyone or even speak ill towards others. Amy is always very gracious to anyone that she comes in contact with. It is obvious that Amy is a beautiful woman but to me what makes her to most attractive is her heart. She makes all those that come into contact with her feel good. I will never forget this one time at the gym this guy was bothering Amy just trying to talk to her and interrupting her workout. He was really sleazy and smelled so bad. She was very patient with him and was so polite to him that the guy was smiling ear to ear. When he finally left I asked her why she didn't just tell the guy to get lost? She told me that she never wants to make someone feel bad or hurt someone's feelings. She said her Mom always taught her that part of having grace and class is to be able to put others at ease and make other people feel comfortable around you. I will never forget her telling me this it really stuck with me and I think it sums up Amy's character perfectly. It is how I have seen her behave over and over again.

Working out is great for your body but it can also be a little like a therapy session because you tend to talk to your partner a great deal while working out. Amy and I are no exception to this. I know that Amy regrets all that has happened with this case more than you can know. She is very upset over it and has tortured herself over it since it all started. It is hard for me to believe she has been enduring this for the past 5 years. Having known Amy for so long I have seen the toll it has taken on her and the changes in her due to all the stress. She has always been so happy and full of life and in the past 5 years I have watched her become this very sad, depressed almost life-less woman. She has shared with me all the pain she has went through from the infidelity, to the divorce to all the legal issues and financial strain it has put her in that I really have been worried about her for some time. I can't imagine what it must be like to have to deal with all of this at the same time for so long. She has also shared with me having to see her

co-defendants in court so many times all these years which included her ex-husband and a woman he cheated on her with. She would get so sick days leading up to going to court because she knew she had to see them that I could not even get her in the gym to work out. The whole process of going to court has taken an enormous toll on her. The anxiety of being in court and dealing with it all would make her so sick. She would also be devastated for weeks after and I know it was just heart breaking for her. I cannot even comprehend what this has been like for her. To have to face both your spouse and the woman he cheated on you with for years and years in court and to have to think about them daily because you can't help but think about your legal issues daily which unfortunately includes them as well.

If there is one lasting impression I could leave you about Amy it would be this. Amy is a woman who respects and treats equally all human beings. She is a person who I have watched bring the homeless outside our gym breakfast from McDonalds every time she comes to train. She is so kind, thoughtful and such a wonderful young woman to have in our society. I admire her qualities and I am a better person for knowing Amy. She is not someone who would consciously hurt anyone and I don't see her as a criminal at all and I can honestly say if you knew her you would not think she was either. You would see the once little girl who studied hard because she had a dream. You would see the young lady who continued to work diligently to reach that dream. And you would see the beautiful woman Amy has become who has tragically watched her life-long work and dream being taken away from her. Amy is a flawed individual as we all are. She is surely too trusting and before all of this, perhaps too naive, but she is a person with a genuine heart and a true, loving and pure soul.

I hope that Your Honor can read this letter and get a better understanding of what kind of person Amy truly is. She is NOT a criminal, she is not a danger to anyone, in fact she a great member of our community and our society. Amy married the wrong person, trusted the wrong man and has been paying for it every single day for the past 5 years. I know of nobody more deserving of a second chance. I sincerely hope that this letter will help you graciously grant Amy some form of probation or home detention. I know she would not disappoint you and adhere to any guidelines you gave her.

Respectfully,
Lamont Thompson
Lamont Thompson

November 21, 2012

Phyllis J. Hamilton, District Judge

RE: United States v. Schloemann

Your Honor,

I write to you today with great sadness and even greater hope. Sadness for what has happened and hope that you read my letter as more than just typed words on a paper about the person that I call my TRUE friend in life. While I am aware of the severity of this matter that brings our worlds together, I have absolutely no doubt that if you TRUELY understood or had the opportunity to understand the content of Amy's heart and the deeply felt remorse and regret that consumes her daily as a result of all this I am confident of the compassion you would relay. So again, here's to HOPE that my words translate and you feel the honesty behind the real picture of my dear friend.

I met Amy over twelve years ago through a mutual acquaintance. I was a mother, full-time student and full-time administrator in the president's office at an institution of higher education in health sciences. She was such a proud law student, and I was a proud friend. She seemed so strong and INCREDIBLY smart. I recall her only complaint was all the reading in a particular contract law class, but beyond that she LOVED the law and there was nothing she talked about more than all the dreams she had for her future in law and in business. She was so passionate about it she encouraged me to pursue law school, even helping me to prep for the LSAT. She also pitched in whenever I needed help with my son, who at 15 years old now calls her Auntie Amy. She was always so eager to help anyone and moved along so quickly and confidently, I recall wondering at times how much coffee she drank in order to keep that pace and get so much accomplished! However, as my Dad used to tell us as kids, "I don't care how smart you think you are, if you ain't got no common sense, you ain't got nothin'!"

Now, this is not by ANY means the beginning of an attempt to make excuses, but as smart as this beautiful girl was and as confident as she may have seemed, her desire for acceptance and **need** to develop meaningful relationships left a large gap of willingness to trust in people or situations that were undeserved; oftentimes even forgiving too quickly. Amy's relationship with Scott was her first experience with an adult male in a romantic relationship. He was twelve years older than Amy and when you are a young, trusting, inexperienced 21 year old girl it is extremely hard to see evil lurking. It is doubly hard to see this when matters of the heart are involved and love is at play. Unfortunately Amy chose the wrong man. I believe Scott saw her naivety and her honest, open heart and took full advantage of it. Most of us have a bad experience with a boyfriend or husband at some point in our lives but it rarely costs us all that it has cost Amy in the past five years. I can honestly say that had Amy not met Scott she would not be in front of you in your courtroom today. Amy was pursuing her law career, Scott was well into his real estate

career. Scott insisted that Amy get her broker's license so he could further his own real estate career. With his inability to obtain his own licensing due to his past he used Amy's license to start and operate the mortgage business. As a very young woman at the time who loved and trusted this man it was easy for Scott to manipulate and control Amy.

I further believe that given I myself had a bit more life experience, and maybe common sense, she always turned to me (even if months had passed) to console her through the hardship of discovering the true nature of how "people" can really be and how life sometimes happens right before your eyes...even if you don't want it to. But had I been better able to guide her at the time I might have been able to save her some of this heartache.

So while I can't change or sugarcoat what has happened, it has definitely changed Amy. There was no story about what happened, there was no "but", there was no "it will pass" or "it will get better". As the friend that could always put a smile on her face and/or help her to see the bright side or the "lesson" God perhaps intended...I had nothing and she had only sobbing and apologies to me for letting me down. I didn't know the person on the phone and even the "AMY" I know now is different. She talks to me with a shyness that I know is her embarassment. She won't call me again if I forget to return a call because she doesn't want to "bug" me. She won't visit and has shyed away from attending any of my charity events or go out with any of my other friends because of fear this will come up. In short, she is blanketed right now only by the impending fear of the final retribution for her one mistake of trusting and believing in her husband.

So while I have no encouraging or uplifting words for her right now, I am personally encouraged by the HOPE that you will be able to see the shame she knows she has brought upon herself, her sorrow for the harm she has caused, the impact this has had on her future, and the need to allow her an opportunity to begin using her intelligence and strong work ethic, before all that's left of what is AMAZING about AMY is gone.

I humbly and sincerely ask Your Honor to consider all the pain, stress and loss that Amy has experienced over the past five years. It is no exaggeration when I say that she has lost everything. She has lost her marriage, her name, her reputation, her financial security, all her hard work in school for so many years and this loss also includes her ability to trust and feel safe. If they say the punishment should fit the crime then I would say Amy's punishment over the last 5 years has more than fulfilled her mistake and then some. I ask you to grant leniency and give my friend a chance to attempt to regain herself again.

Warmest regards,
Lonnie M Stewart
Lonnie Murray-Stewart